IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHARRON P. HILDEBRANDT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 3:07-0889 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is the Defendant's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), to enter judgment reversing and remanding this case to the Commissioner for further evaluation, Document #20, Defendant's Memorandum in Support of Motion, Document #21. Plaintiff has filed no objection.

The Court has read and considered the Motion and Memorandum in Support.

Accordingly, the Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), Document #20, is **GRANTED,** and this cause is **REVERSED** and **REMANDED** in order for the Administrative Law Judge to (1) afford Plaintiff the opportunity to submit any additional/updated evidence about her impairments; (2) permit the ALJ to reevaluate the issue of obesity under SSR 02-1p; (3) reevaluate medical source opinions; (4) further consider claimant's RFC; (5) obtain supplemental vocational expert (VE) evidence, and resolve any discrepancies between VE testimony and information contained in the Dictionary of Occupational Titles (DOT).

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge